UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAMROCK REAL ESTATE PARTNERS, L.P. and HAMCASTLE US, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL M. PALMIER, <br><br> Defendant. | Case No. 1:24-cv-10926-AK <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties stipulate to the dismissal of this case with prejudice and without costs, waiving all rights of appeal.

Respectfully submitted on September 9, 2024,

| | |
|---|---|
| */s/ Kevin A. Sterling* | */s/ Allen N. David* |
| Douglas E. Hausler, Esq., BBO #548980 | Allen N. David, BBO #115000 |
| LAMPERT, HAUSLER & RODMAN, P.C. | Michael P. Duffy, BBO #137325 |
| Ten North Road | PEABODY & ARNOLD LLP |
| Chelmsford, Massachusetts 01824 | Federal Reserve Plaza |
| (978) 256-6080 | 600 Atlantic Avenue |
| | Boston, Massachusetts 02210 |
| Kevin A. Sterling (admitted *pro hac vice*) | adavid@peabodyarnold.com |
| Laura Newcomer Cohen (admitted *pro hac vice*) | mduffy@peabodyarnold.com |
| THE STERLING LAW OFFICE LLC | (617) 951-2100 |
| 112 S. Sangamon, Suite 101 | |
| Chicago, Illinois 60607 | Blake M. Simon (*pro hac vice* forthcoming) |
| kevin@thesterlinglaw.com | Andrew A. Roberts (*pro hac vice* forthcoming) |
| laura@thesterlinglaw.com | ALSTON & BIRD LLP |
| (312) 670-9744 | 1201 West Peachtree Street, Suite 4900 |
| | Atlanta, Georgia 30309 |
| *Counsel for Defendant Daniel M. Palmier* | blake.simon@alston.com |
| | andrew.roberts@alston.com |
| | (404) 881-7000 |
| | |
| | *Counsel for Plaintiffs Hamrock Real Estate Partners, L.P. and HamCastle US, L.P.* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I electronically filed the foregoing document using the Court's CM/ECF system, which will automatically send notification of such filing to all counsel of record.

*/s/ Allen N. David*
Allen N. David, BBO #115000
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
adavid@peabodyarnold.com
(617) 951-2100